IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARCUS JERMAIN PETTAWAY, )
                          )
    Plaintiff,            )
                          )
vs.                       )   CIV. A. NO.: 24-0027-JB-MU
                          )
BUTLER, *et al.*,         )
                          )
    Defendants.           )

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED** without prejudice.

**DONE and ORDERED** this 18th day of April, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE